No. 913. STREET ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. April 30, 1934. Petition for

writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George E. H. Goodner* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris, Lucius A. Buck,* and *H. Brian Holland* for respondent.